**EXHIBIT B**

**Preliminary Claim Chart**

**U.S. Patent 6,687,343 Compared to Fuze**

| Patent 6,687,343 | Fuze Calling (The Accused Instrumentality) |
|---|---|
| 1. An Internet communication control apparatus selectively connected to a plurality of communication terminals and to a computer network, said Internet communication control apparatus comprising: | The accused instrumentality (e.g., Fuze Calling) is an Internet communication control apparatus (e.g., hosted PBX) selectively connected to a plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) and to a computer network, said Internet communication control apparatus.<br><br>https://www.fuze.com/what-is-fuze#unified-communications |

| Patent 6,687,343 | Fuze Calling (The Accused Instrumentality) |
|---|---|
|  | <br>https://www.fuze.com/products/calling#built-for-how-you-work |

| Patent 6,687,343 | Fuze Calling (The Accused Instrumentality) |
|---|---|
| | **Cloud Communications for the Enterprise**<br><br>Move beyond the limitations of a traditional business phone system<br><br>Modern business communications require more than just a dial tone. Leading organizations are looking for solutions that drive business agility while attracting and retaining talent. Fuze gives users the flexibility to move beyond the limitations of legacy systems, delivering an innovative experience with video and screen share directly within a Fuze call.<br><br>https://www.fuze.com/products/calling#cloud-communications-for-the-enterprise |
| a controller configured to transmit calling signals to said plurality of communication terminals, wherein a single calling signal having a first predetermined time period is transmitted to | The accused instrumentality (e.g., Fuze Calling) utilizes a controller (e.g., hosted PBX) configured to transmit calling signals to said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices), wherein a single calling signal having a first predetermined time period (e.g., User Defined Connect Timeout) is transmitted to one communication terminal (e.g., user defined single agent) of said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) when a single calling request (e.g., User Call initiation) is detected from the computer network (e.g., Fuze's cloud VoIP), and wherein plural calling signals having a second predetermined time period (e.g., User Defined Connect Timeout) are sequentially transmitted (e.g., sequential call forwarding) to plural communication terminals (e.g., multiple agents in the queue) of said plurality of communication terminals (e.g., desk phones and mobile app installed smart devices) when plural calling requests are detected from the computer network, said plural calling signals being transmitted one after another (e.g., sequential call forwarding) to the plural communication terminals (e.g., multiple agents in the queue which can be desk phones and mobile app installed smart devices).<br><br>The accused instrumentality (e.g., Fuze Calling) utilizes a controller (e.g., hosted PBX) which is provided with an advance call forwarding features wherein Fuze hosted VoIP allows users to customize the number of calling agents |

| Patent 6,687,343 | Fuze Calling (The Accused Instrumentality) |
|---|---|
| one communication terminal of said plurality of communication terminals when a single calling request is detected from the computer network, and wherein plural calling signals having a second predetermined time period are sequentially transmitted to plural communication terminals of said plurality of communication terminals when plural calling requests are detected from the computer | (i.e. singular or plural calling terminals) as well as predetermined time period for calling signals (i.e. user controlled Connect timeout which indicates how long should an agent's phone rings before choosing a new agent to receive the call). In case of multiple agents receiving call agents in the queue (i.e. plural calling signals to plurality of communication terminals) there exist a provision for sequential transmission of call to plurality of communication terminal (i.e. sequential call forwarding).<br><br> <br><br>https://www.fuze.com/what-is-fuze#unified-communications |

| Patent 6,687,343 | Fuze Calling (The Accused Instrumentality) |
|---|---|
| network, said plural calling signals being transmitted one after another to the plural communication terminals. | <br>https://www.fuze.com/products/calling#built-for-how-you-work |

| Patent 6,687,343 | Fuze Calling (The Accused Instrumentality) |
|---|---|
| |  |

| Patent 6,687,343 | Fuze Calling (The Accused Instrumentality) |
|---|---|
| | https://help.fuze.com/hc/en-us/articles/360011290453-Call-Handling-and-Call-Forwarding <br><br> **Configuring call forwarding options** <br><br> You must complete all of the following steps to successfully save any call forwarding configuration. <br><br> 1. Log in to the Fuze Customer Portal. <br>   The Fuze Portal homepage is displayed. <br> 2. Click the Extension Settings tab. <br><br> [Image: tabs showing My Voicemail, Extension Settings (highlighted), Voicemail Settings] <br><br> 3. In the **Call forwarding** section, select **enable forwarding**. <br>   The **number** box is made available. <br> 4. In **number**, enter the 10-digit phone number that you want to forward calls to. <br>   For example, 212-555-1234. <br> 5. In timeout (in seconds), enter the number of seconds that you want the call to ring to the number entered in **number**. <br>   For more information, see About timeout values below. <br> 6. Click **Apply Changes** to save your settings. <br><br> It may take up to 10 minutes for changes to take effect after you click **Apply Changes**. <br><br> After you configure call forwarding, make a test call to your Fuze Voice number to confirm it follows your desired behavior. <br><br> **Removing a call forwarding configuration** <br><br> 1. Clear enable forwarding. <br> 2. Click **Apply Changes** to save your settings. <br><br> https://help.fuze.com/hc/en-us/articles/360011290453-Call-Handling-and-Call-Forwarding |

| Patent 6,687,343 | Fuze Calling (The Accused Instrumentality) |
|---|---|
|  | **Best practices for timeout values and call forwarding**<br><br>When a forwarded call is unanswered after it rings for the number of seconds entered in **timeout (in seconds)**, the call is returned to your Fuze Voice number. If the call goes unanswered on your Fuze Voice number, then it is sent to your Fuze voicemail. The Fuze system considers a call answered if it is sent to your voicemail.<br><br>If you want to forward your calls but you want unanswered calls to return to your Fuze voicemail, set **timeout (in seconds)** to a number lower than the amount of time it takes for your forwarding number to send a call to voicemail.<br><br>https://help.fuze.com/hc/en-us/articles/360011290453-Call-Handling-and-Call-Forwarding |